IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MICHAEL CAMACHO,<br><br>      Plaintiff,<br><br>  vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF KE NANI KAI, JOHN SEARS, STEPHEN STOUT, JAMES DOBNEY, PETER THOMPSON, DENISE ANDERSON, GREGORY FULTS, GORDON BROWNLOW, DEBORAH MCKANE, RICHARD NOVAK, CERTIFIED MANAGEMENT, INC.,<br><br>      Defendants. | Civil No. 24-00372 MWJS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS INDIVIDUAL DEFENDANTS BASED UPON PLAINTIFF'S FAILURE TO SERVE |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS INDIVIDUAL DEFENDANTS BASED UPON PLAINTIFF'S FAILURE TO SERVE**

Findings and Recommendation having been filed and served on all parties on November 10, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation to Dismiss Individual Defendants Based Upon Plaintiff's Failure to Serve, Dkt. No. 101, filed November 10, 2025, are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  December 4, 2025, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

---

Civil No. 24-00372 MWJS-RT, *Michael Camacho vs. Association of Apartment Owners of Ke Nani Kai, John Sears, Stephen Stout, James Dobney, Peter Thompson, Denise Anderson, Gregory Fults, Gordon Brownlow, Deborah Mckane, Richard Novak, Certified Management, Inc.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS INDIVIDUAL DEFENDANTS BASED UPON PLAINTIFF'S FAILURE TO SERVE